# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S., LLC,<br><br>*Plaintiff,*<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services,<br><br>ROBERT P. CHARROW, in his official capacity as General Counsel of the United States Department of Health and Human Services,<br><br>HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br><br>THOMAS J. ENGELS, in his official capacity as Administrator of the Health Resources and Services Administration<br><br>*Defendants.* | Civil Action No. 3:21-cv-634<br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

# **CERTIFICATION**

Pursuant to Local Civil Rule 11.2, the undersigned hereby certifies that to the best of my knowledge, the matters raised herein are not the subject of any other pending lawsuit, arbitration, or administrative proceeding.

Dated: January 12, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ Jennifer L. Del Medico*
　　　　　　　　　　　　　　　　　　　Jennifer L. Del Medico
　　　　　　　　　　　　　　　　　　　Toni-Ann Citera
　　　　　　　　　　　　　　　　　　　　　(application *pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　Rajeev Muttreja
　　　　　　　　　　　　　　　　　　　　　(application *pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　250 Vesey Street
　　　　　　　　　　　　　　　　　　　New York, New York 10281
　　　　　　　　　　　　　　　　　　　Telephone:  (212) 326-3939
　　　　　　　　　　　　　　　　　　　Facsimile:   (212) 755-7306

　　　　　　　　　　　　　　　　　　　Brett A. Shumate
　　　　　　　　　　　　　　　　　　　　　(application *pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　Megan Lacy Owen
　　　　　　　　　　　　　　　　　　　　　(application *pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 200001
　　　　　　　　　　　　　　　　　　　Telephone:  (202) 879-3939
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 626-1700

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Sanofi-Aventis U.S. LLC*