**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
By:     Steven A. Haber, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ  08054-5108
Phone:  (856) 795-3300
Email:  steven.haber@obermayer.com

*Attorneys for Amici Curiae*
*Ryan White Clinics for 340B Access,*
*Little Rivers Health Care, Inc., and*
*WomenCare, Inc., dba FamilyCare*
*Health Center*

| | |
|---|---|
| SANOFI-AVENTIS U.S., LLC,<br><br>                              Plaintiff,<br><br>              v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                              Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 3:21-cv-634-FLW-LHG |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

**THIS MATTER**, having been brought before the Court by Amicus Curiae, Ryan White Clinics For 340B Access, Little Rivers Health Care, Inc., and WomenCare, Inc., dba FamilyCare Health Center by and through its attorney of record, Steven A. Haber, Esq. of Obermayer Rebmann Maxwell & Hippel LLP, for an Order pursuant to Local Civil Rule 101.1(c), permitting Ronald Connelly, Esq., to appear and participate *pro hac vice* on behalf of Amicus Curiae, and the Court having read and considered such application and supporting certifications, and for good cause shown,

**IT IS THEREFORE**, on this 11th day of March, 2021;

**ORDERED** that Ronald Connelly, Esq., be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney of record for Amicus Curiae, who is admitted to the Bar of this Court and shall be held responsible for said papers, and for the conduct of the case, and who shall present in Court during all

1

phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Ronald Connelly shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment that may be required in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:282(a) for each calendar year in which Mr. Connelly represents a client in a matter pending in this Court; and it is further

**ORDERED** that Ronald Connelly pay $150.00 to the Clerk, United States District Court for the District of New Jersey for participation in this action within twenty (20) days from the state of the entry of this Order; and it is further

**ORDERED** that Ronald Connelly shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Ronald Connelly shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Ronald Connelly may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

**ORDERED** that Ronald Connelly's contact information should be entered as follows:

Ronald S. Connelly
Powers Pyles Sutter & Verville, PC
1501 M Street NW, Seventh Floor
Washington, DC 20005
202-872-6762 (Office)
202-785-1756 (Facsimile)
Ron.Connelly@PowersLaw.com

_____
The Honorable Lois H. Goodman
United States Magistrate Judge

4821-0707-6831