Justin P. Walder
James W. Boyan III
PASHMAN STEIN WALDER HAYDEN, P.C.
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556
jboyan@pashmanstein.com
jpwalder@pashmanstein.com

*Counsel for Intervenors American Hospital Association,*
*340B Health, America's Essential Hospitals, Association of American Medical Colleges,*
*National Association of Children's Hospitals d/b/a Children's Hospital Association, and*
*American Society of Health-System Pharmacists*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SANOFI-AVENTIS U.S., LLC,<br><br>*Plaintiff*,<br><br>–v–<br><br>NORRIS COCHRAN, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:21-cv-634-FLW-LHG |

**MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM B. SCHULTZ,**
**MARGARET M. DOTZEL, CASEY TROMBLEY-SHAPIRO JONAS,**
**AND ARIELLA E. MULLER**

Pursuant to Rule 101.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, the undersigned, a member in good standing of the Bar of this Court, hereby moves that attorneys William B. Schultz, Margaret M. Dotzel, Casey Trombley-Shapiro Jonas, and Ariella E. Muller be admitted *pro hac vice* to act as counsel for Intervenors American Hospital Association, 340B Health, America's Essential Hospitals, Association of American Medical Colleges, National Association of Children's Hospitals d/b/a Children's

Hospital Association, and American Society of Health-System Pharmacists in the above-captioned matter. In support hereof, the undersigned states as follows:

1. William B. Schultz is an attorney with the law firm of Zuckerman Spaeder LLP, 1800 M Street, NW, Suite 1000, Washington, DC 20036; Telephone: (202) 778-1800; Fax: (202) 822-3106; and E-mail: wschultz@zuckerman.com.

2. William B. Schultz is admitted and is a member in good standing of the State Bars of the District of Columbia and Virginia; the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States District Court for the Eastern District of Virginia, and the United States District Court for the District of Columbia.

3. William B. Schultz has represented that he is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon him in any jurisdiction.

4. A certified statement of William B. Schultz is attached hereto as required by Local Rule 101.1.

5. Upon entry of Order granting this Motion, William B Schultz shall pay the $150.00 admission fee. Mr. Schultz also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

6. Margaret M. Dotzel is an attorney with the law firm of Zuckerman Spaeder LLP, 1800 M Street, NW, Suite 1000, Washington, DC 20036; Telephone: (202) 778-1800; Fax: (202) 822-3106; and E-mail: mdotzel@zuckerman.com.

7. Margaret M. Dotzel is admitted and is a member in good standing of the State Bar of the District of Columbia; the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the District of Columbia, and the Court of Appeals for the District of Columbia.

8. Margaret M. Dotzel has represented that she is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon her in any jurisdiction.

9. A certified statement of Margaret M. Dotzel is attached hereto as required by Local Rule 101.1.

10. Upon entry of Order granting this Motion, Margaret M. Dotzel shall pay the $150.00 admission fee. Mr. Dotzel also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

11. Casey Trombley-Shapiro Jonas is an attorney with the law firm of Zuckerman Spaeder LLP, 1800 M Street, NW, Suite 1000, Washington, DC 20036; Telephone: (202) 778-1800; Fax: (202) 822-3106; and E-mail: cjonas@zuckerman.com.

12. Casey Trombley-Shapiro Jonas is admitted and is a member in good standing of the State Bar of Virginia; the United States District Court for the District of Columbia, United States Court of Appeals for the Federal Circuit, and the Supreme Court of Virginia.

13. Casey Trombley-Shapiro Jonas has represented that she is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon her in any jurisdiction.

14. A certified statement of Casey Trombley-Shapiro Jonas is attached hereto as required by Local Rule 101.1.

15. Upon entry of Order granting this Motion, Casey Trombley-Shapiro Jonas shall pay the $150.00 admission fee. Ms. Jonas also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

16. Ariella E. Muller is an attorney with the law firm of Zuckerman Spaeder LLP, 485 Madison Avenue, 10th Floor, New York, NY 10022; Telephone: (212) 704-9600; Fax: (212) 704-4256; and E-mail: amuller@zuckerman.com.

17. Ariella E. Muller is admitted and is a member in good standing of the State Bar of New York.

18. Ariella E. Muller has represented that she is not currently the subject of any pending disciplinary proceeding in any jurisdiction and that no such proceeding previously has been imposed upon her in any jurisdiction.

19. A certified statement of Ariella E. Muller is attached hereto as required by Local Rule 101.1.

20. Upon entry of Order granting this Motion, Ariella E. Muller shall pay the $150.00 admission fee. Ms. Muller also shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection.

Dated: March 11, 2021

/s/ James W. Boyan III
James W. Boyan III
Justin P. Walder
PASHMAN STEIN WALDER HAYDEN, P.C.
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone (201) 488-8200
Facsimile (201) 488-5556
jboyan@pashmanstein.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 11th day of March, 2021. Notice of this filing will be sent to counsel of record for the parties by operation of the Court's electronic filing system.

<u>/s/ James W. Boyan III</u>
James W. Boyan III