# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

SANOFI-AVENTIS U.S., LLC,

    *Plaintiff*,

–v–

NORRIS COCHRAN, *et al.*,

    *Defendants*.

Civil Action No. 3:21-cv-634-FLW-LHG

I, Ariella E. Muller, hereby certify and declare the following:

1. I am an attorney at the law firm of Zuckerman Spaeder LLP, located at 485 Madison Avenue, 10th Floor, New York, NY 10022; Telephone (212) 704-9600; Fax: (212) 704-4256; and Email: amuller@zuckerman.com. I submit this certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c) for Intervenors American Hospital Association, 340B Health, America's Essential Hospitals, Association of American Medical Colleges, National Association of Children's Hospitals d/b/a Children's Hospital Association, and American Society of Health-System Pharmacists in the above-referenced matter.

2. I received a J.D. degree from Columbia Law School in 2018. I am a member in good standing of the Bar of New York, since my admission in 2019.

3. The names and addresses of the office maintaining the rolls of the members of the bars in those jurisdictions are as follows:

    New York State Bar                   Corporate Plaza
                                                                  Building 3
                                                                  254 Washington Avenue Extension
                                                                  Albany, NY 12203

4. I am a member in good standing of all bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been subject to discipline in any jurisdiction.

5. I will be associated in this matter with counsel of record, James W. Boyan III, counsel at Pashman Stein Walder Hayden, P.C., who is a member in good standing of the Bar of the State of New Jersey and the Bar of the United States District Court for the District of New Jersey.

6. I agree to pay all fees that are required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*.

7. I acknowledge that upon my admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

8. I respectfully request that the Court grant my admission *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2021

*Ariella Muller*
Ariella E. Muller



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## *Ariella Muller*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 24, 2019**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on March 10, 2021.*

*Clerk of the Court*

CertID-00004794



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020