# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

SANOFI-AVENTIS U.S. LLC,

Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

No. 3:21-CV-634

## **ORDER**

In consideration of the parties' request that the Court enter a stipulated schedule for briefing the merits of Plaintiffs' Amended Complaint, good cause having been shown, the Court hereby GRANTS the request and orders:

- Defendants will produce the administrative record of HHS's General Counsel's Advisory Opinion on **March 23, 2021**

- Defendants will produce the administrative record of HHS's newly promulgated Administrative Dispute Resolution rule on **April 6, 2021**

- Defendants will move to dismiss for lack of subject-matter jurisdiction and failure to state a claim or, in the alternative, for summary judgment on **April 19, 2021**

- Plaintiffs will oppose Defendants' motion to dismiss and cross-move for summary judgment on **May 10, 2021**

- Defendants will reply in support of their motion to dismiss and oppose Plaintiffs' cross-motion for summary judgment on **May 31, 2021**

- Plaintiffs will reply in support of their motion for summary judgment on **June 14, 2021**

- Hearing on the parties' motions to be held **June 21, 2021** or at the Court's soonest availability thereafter.

- Each side shall have 60 pages in 12-point, non-proportional font (80 pages in 14-point font) for their opening brief, and 30 pages in 12-point, non-proportional font (40 pages in 14-point font) for their reply brief.

- The parties are excused from compliance with Local Civil Rule 56.1 in that they are not required to include statements of material facts not in dispute in their summary-judgment briefing.
- Plaintiff's motion for preliminary injunction [DKT #19] is held in abeyance and ADMINISTRATIVELY TERMINATED; as such, the parties need not submit any supplemental briefing as requested by this Court's email dated March 17, 2021.

Dated: March 23, 2021

Signed: /s/ Freda L. Wolfson
The Honorable Freda L. Wolfson