# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S., LLC,<br><br>*Plaintiff,*<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | Civil Action No. 3:21-cv-634<br><br>Current Motion Day: June 21, 2021 |

## PLAINTIFF'S NOTICE OF MOTION TO EXPEDITE AND FOR A TEMPORARY ADMINISTRATIVE STAY

PLEASE TAKE NOTICE that Plaintiff Sanofi-Aventis U.S., LLC ("Sanofi") respectfully moves to expedite the Court's consideration of this matter and for a temporary administrative stay. In particular, Sanofi requests that the Court set a date during the week of June 14, 2021, for a hearing on the parties' dispositive motions (ECF 62 and ECF 68) and expedite its ruling on the dispositive motions. In addition, Sanofi requests that the Court enter a temporary administrative stay to preserve the Court's ability to decide the merits of this case. Defendants do not oppose expedition but do oppose a temporary administrative stay.

In support of this Motion, Sanofi relies on the accompanying Memorandum. Sanofi also submits the accompanying Proposed Order.

Dated: May 20, 2021	Respectfully submitted,

*s/ Jennifer L. Del Medico*
Jennifer L. Del Medico
Toni-Ann Citera (*pro hac vice*)
Rajeev Muttreja (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile:   (212) 755-7306

Brett A. Shumate (*pro hac vice*)
Megan Lacy Owen (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Plaintiff*
*Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, a copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

May 20, 2021                                                                                     *s/ Jennifer L. Del Medico*