

**James W. Boyan III**
Partner
Direct: (201) 270-4935
jboyan@pashmanstein.com

June 8, 2021

**VIA ECF**
The Honorable Freda L. Wolfson
Chief United States District Judge
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *Sanofi-Aventis U.S. LLC v. Becerra et. al.*, No. 3:21-cv-634-FLW-LHG

Dear Judge Wolfson:

    Proposed Intervenors, American Hospital Association, 340B Health, America's Essential Hospitals, Association of American Medical Colleges, National Association of Children's Hospitals d/b/a the Children's Hospital Association, and American Society of Health-System Pharmacists (collectively, the Associations) would like to respectfully request this Court to withdraw their motion to intervene, Docket Entry No. 39. At a later date, prior to the date that Defendants' dispositive motion is due, the Associations intend to file a motion with this Court to file an amicus brief in support of Defendants.

                             Respectfully submitted,

                             /s James W. Boyan III
                             JAMES W. BOYAN III

cc:    The Honorable Lois Goodman and All Counsel of Record

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com