

**U.S. Department of Justice**
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530

June 14, 2021

**VIA FEDEX**

Clerk's Office
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

**RECEIVED**

**JUN 16 2021**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: *Sanofi-Aventis U.S., LLC v. U.S. Department of Health & Human. Services, et al.*, No. 3:21-cv-0634 (D.N.J.); *Novo Nordisk Inc., et al. v. U.S. Department of Health & Human Services, et al.*, No. 3:21-cv-0806 (D.N.J.)

To whom it may concern:

Please find enclosed a DVD-ROM containing the certified administrative record for the Health Resources and Services Administration's May 17, 2021 letter, which is hereby being filed manually in the above-captioned matters. *See Sanofi-Aventis U.S., LLC v. U.S. Department of Health & Human. Services, et al.*, No. 3:21-cv-0634 (D.N.J.), ECF No. 86; *Novo Nordisk Inc., et al. v. U.S. Department of Health & Human Services, et al.*, No. 3:21-cv-0806 (D.N.J.), ECF. No. 50. The contents of the DVD-ROM are encrypted and can be accessed with the following password: **FpB11@@L$T21**. A DVD-ROM containing a courtesy copy of the certified administrative record has been sent to the Chambers of the Honorable Freda L. Wolfson, Chief Judge, and counsel of record in the above-captioned matters.

Please feel free to contact me if you have any questions or concerns regarding this matter.

Sincerely,

/s/ Jody D. Lowenstein
Jody D. Lowenstein

**FedEx Express — Package US Airbill**

Form ID No. 0215 — Recipient's Copy

**1 From**

Date: 6/14/2021

Sender's Name: Annette Donovan
Phone: 212 353-4540

Company: USDOJ/CIV/FEDERAL PROGRAMS

Address: 1100 L ST NW

City: WASHINGTON   State: DC   ZIP: 20005-4035

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Clerk's Office

Company: U.S. District Court, District of New Jersey

Address: US Courthouse, Clarkson S. Fisher Building

Address: 402 East State Street, Rm 2020

City: Trenton   State: NJ   ZIP: 08608

0135053056

8153 6915 9776

**4 Express Package Service**
- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**5 Packaging**
- [x] FedEx Envelope

**6 Special Handling and Delivery Signature Options**
- [ ] Saturday Delivery
- [x] No Signature Required

Does this shipment contain dangerous goods?
- [x] No

**7 Payment Bill to:**
- [x] Sender

---

FedEx
TRK# 0215 8153 6915 9776

TUE – 15 JUN AA
STANDARD OVERNIGHT

E2 TTNA

08608
NJ-US
EWR

RT 369   1   16:30   A
9776
06.15