# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S., LLC,<br><br>    *Plaintiff,*<br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    *Defendants.* | Civil Action No. 3:21-cv-634 |

## PLAINTIFF'S NOTICE OF EMERGENCY MOTION FOR A STAY PENDING RESOLUTION OF THE DISPOSITIVE MOTIONS AND FOR AN IMMEDIATE INTERIM STAY

PLEASE TAKE NOTICE that Plaintiff Sanofi-Aventis U.S., LLC ("Sanofi") respectfully moves for an order staying the portion of the Administrative Dispute Resolution ("ADR") Rule requiring Sanofi to respond to a pending ADR petition until this Court enters final judgment on the parties' pending dispositive motions. In addition, Sanofi respectfully requests that the Court enter an immediate interim stay of Sanofi's deadline to respond to the ADR petition until the Court resolves this Motion. In the alternative, Sanofi respectfully requests that the Court grant (in whole or in part) Sanofi's motion for a preliminary injunction concerning the ADR Rule, ECF 19, which is currently being held in abeyance, ECF 49.

In support of this Motion, Sanofi relies on the accompanying Memorandum and submits the accompanying Proposed Order. Counsel for Defendants has stated

that Defendants will oppose this Motion.

In light of its imminent obligation to respond to the ADR petition, Sanofi respectfully requests that the Court address this Motion as soon as practicable.

Dated:  October 7, 2021

Respectfully submitted,

*s/ Jennifer L. Del Medico*
Jennifer L. Del Medico
Toni-Ann Citera (*pro hac vice*)
Rajeev Muttreja (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone:  (212) 326-3939
Facsimile:   (212) 755-7306

Brett A. Shumate (*pro hac vice*)
Megan Lacy Owen (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Plaintiff*
*Sanofi-Aventis U.S. LLC*