# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3658
jdelmedico@jonesday.com

October 22, 2021

BY ECF

Honorable Freda L. Wolfson
Chief United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Court, Room 5E
Trenton, New Jersey 08608

    Re:    *Sanofi-Aventis U.S., LLC v. U.S. Department of Health and Human Services, et al.,* Civil Action No. 3:21-cv-634

Dear Chief Judge Wolfson:

    Today, HRSA provided Sanofi with the enclosed Initial Scheduling Order issued by the ADR Panel on October 20, 2021.

    Respectfully Submitted,

    s/ Jennifer L. Del Medico

cc: All counsel of record