**BEFORE THE**
**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**ADMINISTRATIVE DISPUTE RESOLUTION PANEL**

| | |
|---|---|
| NATIONAL ASSOCIATION OF COMMUNITY HEALTH CENTERS, | No. 210112-2 |
| *Petitioner,* | |
| v. | |
| SANOFI-AVENTIS U.S. LLC | |
| and | |
| ASTRAZENECA PLC, | |
| *Respondents* | |

**INITIAL SCHEDULING ORDER**

Pursuant to 42 C.F.R. § 10.20(a), the Acting Administrator of the Health Resources and Services Administration (HRSA) within the U.S. Department of Health and Human Services has assigned the undersigned to a panel directed to hear the above-captioned matter. Pursuant to 42 C.F.R. § 10.21(f), the panel issues the following initial scheduling order:

(1) *Response to Petition and Motions*: Respondents are hereby directed to file a response to the Petition, including any counterclaims or crossclaims permitted under Rule 13 of the Federal Rules of Civil Procedure; a motion to stay the proceedings in this matter; or an appropriate motion under Rule 12 of the Federal Rules of Civil Procedure on or before 30 days after the date of this Order. The Petitioner shall have 21 days from the date of any

motion to stay or motion under Rule 12 to file a response. The Respondents shall have 14 days from the Petitioner's response to file an appropriate reply in support of any motion.

(2) *Extension as of Right*: Either party will be granted, as a matter of right, one 30-day extension of any of the deadlines set forth above. Any further request for an extension must be by motion supported by good cause.

(3) *Further Scheduling Order*: At an appropriate time after the filing of a response, counterclaims or crossclaims, or the resolution of any appropriate motion(s), the panel will issue a further order consistent with Rule 16 of the Federal Rules of Civil Procedure.

It is so ordered this 20th day of October, 2021.

Glenn Clark
ADR Panel Member

Sean R. Keveney
ADR Panel Member

Timothy M. Lape -S5 -S5
Date: 2021.10.21 09:52:04 -05'00'
Digitally signed by Timothy M. Lape

Timothy Lape
ADR Panel Member